UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 1:12-CV-120 (GTS)

-vs-

HOWARD HART,

                Defendant.

---

## DEFAULT JUDGMENT

Defendant Howard Hart having failed to appear to defend this action after having been served with process, it is hereby

**ORDERED** that Plaintiff United States of America's motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. Nos. 6 -7) is **GRANTED** in its entirety for the reasons stated therein, and that a default judgment be entered in favor of Plaintiff United States of America and against Defendant Howard Hart as follows:

| | |
|---|---|
| Principal balance | $8,541.57 |
| Total Interest Accrued<br>(From 3/6/99 to 4/19/12 = 4,793 days)<br>(Annual Interest Rate 3.27%) | $3,664.11 |
| .    Process Server Fees | $   55.00 |
| **TOTAL AMOUNT OF JUDGMENT** | **$12,260.68** |

Plus post-judgment interest pursuant to 28 U.S.C. §1961.

Dated:    April 19, 2012
             Syracuse, NY

*[signature]*
Hon. Glenn T. Suddaby
U.S. District Judge